# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00587-CR

**Andrew Willis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 87131, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Andrew Willis has filed a motion to dismiss his appeal stating that he wishes to withdraw his notice of appeal and asking us to dismiss the cause. The motion complies with rule 42.2 of the rules of appellate procedure. *See* Tex. R. App. P. 42.2(a). We therefore grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:   June 16, 2009

Do Not Publish